FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

05 MAY -4  AM 9: 57

DEPUTY CLERK

| | | |
|---|---|---|
| SOUTH EAST CARRIERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | **5: 0 5 - C V - 1 4 6** (WDO) |
| | ) | |
| v. | ) | |
| | ) | |
| R.V. RYAN, JR. d/b/a TA TRAVEL CENTER | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR DAMAGES – REQUEST FOR JURY TRIAL**

Plaintiff South East Carriers, Inc. sues defendant R.V. Ryan, Jr. d/b/a TA Travel Center

as follows:

**JURISDICTION AND VENUE**

1.

This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the matter in

controversy exceeds the sum of $75,000, exclusive of interest and costs, and there is complete

diversity of citizenship between plaintiff and defendant.

2.

Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial

part of the events giving rise to this complaint occurred in this judicial district.

**PARTIES**

2.

Plaintiff South East Carriers, Inc. ("South East Carriers") is a Tennessee Corporation

with its principal place of business at 1905 Mahr Avenue, Lawrenceburg, Tennessee  38464.

3.

At all times relevant hereto, South East Carriers was in the transportation business, as a full truckload carrier servicing the continental United States.

4.

Defendant Robert Ryan is an adult individual doing business in the state of Georgia as the TA Travel Center located at 122 Truckstop Way in Jackson, Georgia.

5.

At all times relevant hereto, Defendant Robert Ryan has operated a truckstop, gas station, service center, restaurant, and convenience store known as the TA Travel Center and located at 122 Truckstop Way in Jackson, Georgia.

**STATEMENT OF CLAIM**

6.

This action arises out of an incident that occurred on or about January 12, 2004 at Defendant's TA Travel Center located at 122 Truckstop Way, Jackson, Georgia 30233.

7.

On January 9, 2004, a sealed trailer load of Famous Footwear brand athletic shoes was picked up in Lebanon, Tennessee by South East Carriers, one of Famous Footwear's private contract carriers, for delivery to Medley, Florida.

8.

The sealed trailer, bearing trailer #53726 and tag #5537217 contained 944 packages of shoes and related items which had an estimated value of $134,223.17.

2

9.

Later that day, along the route to Medley, Florida, the South East Carriers' tractor-trailer carrying the cargo of Famous Footwear shoes began experiencing mechanical problems and was unable to continue. The tractor-trailer broke down on I-75, outside of Jackson, Georgia. The driver of the South East Carriers' tractor-trailer notified the corporate office and made arrangements for repairs.

10.

On Saturday, January 10, 2004, the tractor and trailer with the cargo were towed to Defendant's TA Travel Center in Jackson, Georgia for service and repairs.

11.

Upon arriving at the TA Travel Center, the tractor was towed directly into the repair center and the trailer was parked at the drop pad behind the repair center in accordance with the instructions of an employee of the TA Travel Center.

12.

The repair center informed the South East Carriers' driver that the repairs would not be completed until Monday, January 12, 2004.

13.

An employee of the TA Travel Center drove the South East Carriers' driver to a nearby hotel, where he remained until Monday, January 12, 2004.

14.

On Monday, January 12, 2004, the driver of the South East Carriers' tractor-trailer returned to the TA Travel Center to retrieve his truck and make his delivery.

3

15.

Upon arrival at the TA Travel Center, the driver of the South East Carriers' tractor-trailer checked in with the service center to ensure that the repairs had been made. He confirmed that the truck had been repaired; however, he was unable to locate his trailer.

16.

A search of the entire premises failed to uncover the trailer and its contents.

17.

It was later determined that the trailer and its cargo had been stolen.

18.

As a result of the theft, plaintiffs suffered damages in the amount of $134,223.17.

## COUNT I
## NEGLIGENCE

19.

Plaintiff realleges and incorporates by reference all allegations contained in the preceding paragraphs 1 through 18.

20.

Defendant owed South East Carriers a duty to exercise reasonable care to protect South East Carriers' trailer from theft or other loss after the South East Carriers tractor-trailer was towed to the Defendant's travel center for repairs.

21.

Defendant breached the duty he owed to South East Carriers by:

a.    failing to use due care to ensure the trailer was appropriately secure while it was parked on the drop pad during the time the tractor was in the repair center;

4

b.    failing to provide the appropriate security personnel and/or devices to prevent the
      unauthorized removal of the trailer;

c.    failing to provide security to check that no tractor-trailer, including the trailer load
      in question, left the property without proper authorization;

d.    other negligent acts of commission and/or omission which may be revealed
      through the course of discovery.

22.

As a direct, foreseeable, and proximate result of Defendant's breach of duty and
negligence, South East Carriers suffered substantial property damage in the amount of
$134,223.17.

## COUNT II
## BREACH OF BAILMENT

23.

Plaintiff realleges and herewith incorporates by reference all allegations contained in the
preceding paragraphs 1 through 18.

24.

At the time that Plaintiff parked its trailer on Defendant's premises, the cargo was in
good order and condition.

25.

Defendant failed to return the trailer to Plaintiff in good order and condition and
otherwise failed to store, handle, or protect the cargo in question. Instead, the cargo was stolen
from Defendant's property.

5

26.

Defendant's possession of the tractor-trailer on their premises constituted a bailment of the trailer in question.

27.

Defendant failed to reasonably protect Plaintiff's tractor-trailer for the purposes of the bailment, by failing to return the property in good order and condition and by failing to otherwise store, protect, or handle the cargo in accordance with Plaintiffs' instructions.

28.

As a direct, foreseeable, and proximate result of Defendant's breach of bailment, South East Carriers suffered substantial property damage in the amount of $134,223.17.

WHEREFORE, Plaintiff South East Carriers respectfully prays:

a.    that process issue against Defendant compelling him to appear and answer this Complaint;

b.    that judgment be entered in its favor against Defendant in the amount of $134,223.17, plus interest and costs of this action;

c.    that the Court award such other and further relief that the Court deems just and proper.

6

Respectfully submitted this ___ day of May, 2005.

Elizabeth J. Herre, Esq.
Georgia Bar No. 349249

**COZEN O'CONNOR**
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 572-2000
Facsimile:  (404) 572-2199
eherre@cozen.com

*Attorneys for Plaintiff*

ATLANTA1\54344\1

7

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
South East Carriers, Inc.

**DEFENDANTS**
R.V. Ryan, Jr. d/b/a TA Travel Center

**(b)** County of Residence of First Listed Plaintiff: Lawrence County, TN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Elizabeth J. Herre, Cozen O'Connor, 404-572-2000
303 Peachtree Street, NE, Ste. 2200, Atlanta, GA 30308

Attorneys (If Known)
Tommy Holland, Carter & Ansley, LLP, 404-658-9220
1180 West Peachtree St., Ste. 2300, Atlanta, GA 30309

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. § 1332

Brief description of cause:
Negligence and Bailment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ______ DOCKET NUMBER ______

5:05-CV-146 (WDO)

DATE: 5/2/2005

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 518997 AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______