*IN THE UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA*
*MACON DIVISION*

| | |
|---|---|
| *SOUTH EAST CARRIERS, INC.,* | : |
| *Plaintiff,* | : |
| v. | : CASE NO. 5:05-cv-146 (WDO) |
| *ATLANTA SOUTH 75, INC.,* | : |
| *Defendant.* | : |

## J U D G M E N T

The Court by Order dated and filed October 11, 2006, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant Atlanta South 75, Inc. and against Plaintiff South East Carriers, Inc.. Defendant is entitled to recover its costs of this action.

This 11th day of October, 2006.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**